**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  10-61519-CIV-COOKE/TURNOFF**

DEPENDABLE COMPONENT SUPPLY, INC.,

      Plaintiff

vs.

CARREFOUR INFORMATIQUE
TREMBLANT, INC, *et al.*

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before me Defendants' Motions for Final Order of Dismissal.  (ECF Nos. 67, 68). On May 13, 2011, I entered an Omnibus Order Granting Defendants' Motions to Dismiss.  (ECF No. 66).  Plaintiff Dependable Component Supply, Inc. was granted leave to amend its complaint by May 27, 2011.  Plaintiff was cautioned that failure to file the amended pleading would result in the final dismissal of Plaintiff's claims with and/or without prejudice. As of the date of this order, Plaintiff has failed or otherwise refused to file its amended pleading. Accordingly, I hereby **ORDER and ADJUDGE** that Defendants' Motions for Final Order of Dismissal (ECF No. 67, 68) are **GRANTED**. Count I is dismissed *without prejudice* as to First American Bank of Illinois and *with prejudice* as to Carrefour Informatique Tremblant, Inc., Corporate Funding Partners and Ashford Finance, Inc.  Count II is dismissed *without prejudice* as to all defendants.  Count III is dismissed *without prejudice* as to Carrefour Informatique Tremblant and Corporate Funding Partners.  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida this 8TH day of June 2011.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of Record*